DAVID R. SIDRAN  (SBN 121063)
THOMAS M. CROWELL    (SBN 172799)
TOSCHI, SIDRAN, COLLINS & DOYLE
100 Webster Street, Suite 300
Oakland, CA  94607
Tel:  (510) 835-3400
Fax: (510) 835-7800

Attorneys for Plaintiff,
FEDERATED MUTUAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERATED MUTUAL INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>ALL PRO TRANSPORT SERVICES, LLC; HONEY BEE AUTO TRANSPORT; and DOES 1 to 20,<br><br>Defendants. | Case No.:  2:11-CV-00535-JAM –JFM<br><br>**REQUEST FOR DISMISSAL WITH PREJUDICE OF DEFENDANT HONEY BEE AUTO TRANSPORT.** |

WHEREAS  Plaintiff FEDERATED MUTUAL INSURANCE COMPANY and Defendant HONEY BEE AUTO TRANSPORT reached a settlement of this case;

WHEREAS Defendant HONEY BEE AUTO TRANSPORT has satisfied all requirements of the settlement agreement, and FEDERATED MUTUAL INSURANCE COMPANY has executed a release of defendant HONEY BEE AUTO TRANSPORT ONLY;

WHEREAS Plaintiff FEDERATED MUTUAL INSURANCE COMPANY has made a claim against the insurance policy of defendant ALL PRO TRANSPORT SERVICES, LLC, which claim is still pending, which requires that this matter be maintained until the insurance claim is settled.

//

//

-1-

**2:11-CV-00535-JAM –JFM:       REQUEST FOR DISMISSAL WITH PREJUDICE OF DEFENDANT HONEY BEE AUTO TRANSPORT.**

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiff FEDERATED MUTUAL INSURANCE COMPANY and Defendant HONEY BEE AUTO TRANSPORT hereby stipulate to the entry of a dismissal with prejudice in favor of HONEY BEE AUTO TRANSPORT ONLY, and Plaintiff FEDERATED MUTUAL INSURANCE COMPANY hereby requests that the dismissal be entered in favor of HONEY BEE AUTO TRANSPORT ONLY.

SO STIPULATED:

DATED: 12/26/12                                TOSCHI ▪ SIDRAN ▪ COLLINS ▪ DOYLE

By:   /s/
DAVID R. SIDRAN
THOMAS M. CROWELL
Attorneys for Plaintiff,
FEDERATED MUTUAL INSURANCE COMPANY

SO STIPULATED:

DATED: 12-13-12                                LELAND, SCHULTZ, MORRISEY & KNOWLES

By:   /s/
ANDREW J. MORRISSEY

Attorneys for Defendant,
HONEY BEE AUTO TRANSPORT

Pursuant to the stipulation between the parties, HONEY BEE AUTO TRANSPORT is hereby dismissed from the above-captioned action WITH PREJUDICE.

DATED: 2/6/2013

/s/ John A. Mendez
United States District Court Judge

**2:11-CV-00535-JAM –JFM:       REQUEST FOR DISMISSAL WITH PREJUDICE OF DEFENDANT HONEY BEE AUTO TRANSPORT.**

PDF created with pdfFactory trial version www.pdffactory.com